UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALYCIA PERALTA, *Plaintiff*, v. COMMISSIONER OF SOCIAL SECURITY, *Defendant*. | Civil No. 2:24-cv-5973-KKE <br><br> ORDER GRANTING STIPULATED MOTION TO REMAND |

The Court GRANTS the parties' stipulated motion to remand. Dkt. No. 11. Based on that stipulation, the Court ORDERS that the Commissioner's final decision is REVERSED and REMANDED for further administrative proceedings under the fourth sentence of 42 U.S.C. § 405(g).

Upon remand, the administrative law judge will offer Plaintiff the opportunity for a hearing, take any action necessary to further develop the record, and issue a new decision.

Dated this 24th day of March, 2025.

*Kymberly K Evanson*
————————————————
Kymberly K. Evanson
United States District Judge

Order of Remand – Civ. No. 2:24-cv-5973-KKE