UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALYCIA PERALTA,<br><br>                      Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                      Defendant. | Case No. C24-5973-KKE<br><br>ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EAJA FEES AND COSTS |

       This matter comes before the Court on Plaintiff's unopposed[1] motion for award of attorney's fees and costs under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). Dkt. No. 14. Based on Plaintiff's unopposed motion and the supporting documents, the Court GRANTS the motion and AWARDS attorney's fees in the amount of $5,000.00 and costs of $400.00 to Plaintiff under 28 U.S.C. § 2412(d), subject to any offset as described in *Astrue v. Ratliff*, 560 U.S. 586 (2010).

       If the award is not subject to an offset as described in *Ratliff,* the payment shall be by electronic fund transfer or by check made payable to Plaintiff's attorney, based upon Plaintiff's

---

[1] *See* Dkt. No. 14 at 6, Dkt. No. 15 ¶ 4.

ORDER GRANTING PLAINTIFF'S UNOPPOSED
MOTION FOR EAJA FEES AND COSTS - 1

assignment of an EAJA award to her attorney. Dkt. No. 15-1. Any check shall be mailed to Plaintiff's attorney George Andre Fields at P.O. Box 231024, Sacramento, CA 95823.

Dated this 2nd day of July, 2025.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge

ORDER GRANTING PLAINTIFF'S UNOPPOSED
MOTION FOR EAJA FEES AND COSTS - 2